INTERSTATE AGREEMENT ON DETAINERS (FORM I)
NOTICE TO INMATE OF UNTRIED INDICTMENT, INFORMATION, OR COMPLAINT AND RIGHT TO REQUEST DISPOSITION
NORTH DAKOTA DEPARTMENT OF CORRECTIONS AND REHABILITATION
SFN (07-2020)

| Resident Name: Lindell, Jordan Arlo | ND DOCR#: 40870 |
|---|---|

In accordance with North Dakota Century Code Chapter 29-34, the Interstate Agreement on Detainers (IAD), you are informed a detainer has been lodged for the following untried indictments, informations, or complaints against you concerning which the North Dakota Department of Corrections and Rehabilitation (ND DOCR) has knowledge, and the source and contents of each:

Jurisdiction or Agency: US Attorney
Crime(s) charged: MP-3858823

Jurisdiction or Agency:
Crime(s) charged:

### RIGHT TO REQUEST DISPOSITION OF CHARGES AND SPEEDY TRIAL

You are further advised that under the IAD, you have the right to request the appropriate prosecuting officer of the jurisdiction in which any such indictment, information or complaint is pending and the appropriate court, that a final disposition of the charges by made. You shall then be brought to trial within 180 days, unless extended pursuant to provisions of the IAD, after the prosecuting officer and the court have received written notice of the place of your imprisonment and your request, together with a certificate of the custodial authority as set forth in the IAD. The court having jurisdiction of the matter may grant any necessary or reasonable continuance.

### WAIVER AND CONSENT

Your request for final disposition will operate as a request for final disposition of all untried indictments, informations or complaints on the basis of which detainers have been lodged against you from the state to whose prosecuting official your request for final disposition is specifically directed. Your request will also be deemed to be a waiver of extradition with respect to any charge or proceeding contemplated or included and a waiver to the state of trial to serve any sentence there imposed upon you after completion of your term of imprisonment in this state. Your request will also constitute your consent to the production of your body in any court where your presence may be required in order to effectuate the purposes of the IAD and a further consent to be voluntarily returned to a ND DOCR facility to complete your present sentence(s). If you desire to request final disposition of any untried indictment, information or complaint, you shall notify the facility in which you are confined.

### RIGHT TO OPPOSE REQUEST FOR TEMPORARY CUSTODY

You are also advised that under the provisions of the IAD, the prosecuting officer of a jurisdiction in which an indictment, information or complaint is pending may request your temporary custody to obtain a final disposition thereof. In that event, you may oppose the prosecutor's request. You may request the Governor of this state to disapprove any such request for your temporary custody, but you cannot oppose delivery on the grounds the Governor has not affirmatively consented to or ordered your delivery. You are also entitled to the procedural protections provided in state extradition law.

| Warden or Designee's Signature: *Kayla Bourgois* | Date 2/25/25 |
|---|---|
| Custodial Authority: Colby Braun, DOCR Director | |

| Signature of Individual | Date 2-21-25 |
|---|---|
| Signature of Witness | Date 2/21/25 |
| Printed Name/Title of Witness: Josh Henson, Case Manager | |

INTERSTATE AGREEMENT ON DETAINERS (FORM II)
INMATE'S NOTICE OF PLACE OF IMPRISONMENT AND REQUEST FOR DISPOSITION OF INDICTMENTS, INFORMATIONS OR COMPLAINTS
NORTH DAKOTA DEPARTMENT OF CORRECTIONS AND REHABILITATION
SFN (07-2020)

TO:

| Prosecuting Officer: | US Attorney | | | |
|---|---|---|---|---|
| Jurisdiction: | | | | |
| Address: | | City: | State: | Zip Code: |
| Clerk of the Court: | | | | |
| Jurisdiction: | | | | |
| Address: | | City: | State: | Zip Code: |

And to all other prosecuting officers and courts of jurisdictions listed below in which indictments, informations, or complaints are pending.

You are hereby notified that Jordan Arlo Lindell, is imprisoned in at . NDSP Bismarck,ND

Jordan Arlo Lindell hereby requests final disposition be made of the following untried indictments, informations, or complaints against me:
MP-3858823.

Failure to take action in accordance with the Interstate Agreement on Detainers (IAD), to which your state is committed by law, will result in the dismissal of the indictments, informations, or complaints.

I agree this request will operate as a request for final disposition of all untried indictments, informations or complaints on the basis of which detainers have been lodged against me from your state. I also agree that this request shall be deemed to be my waiver of extradition to your state for any proceeding contemplated hereby, and a waiver of extradition to your state to serve any sentence imposed upon me thereafter completion of my term of imprisonment in this state. I also agree that this request shall constitute consent by me to the production of my body in any court where my presence may be required in order to effective the purposes of the IAD and further consent to be returned to the facility in which I am now confined.

If jurisdiction over this matter is properly in another agency, court or officer, please designate below the proper agency, court, or officer and return this form to sender.

The requested Certificate of Inmate Status (Form III) and Offer of Temporary Custody (Form IV) are attached.

| Resident's Name: Lindell, Jordan Arlo | ND DOCR #: 40870 |
|---|---|
| Resident's Signature: [signed] | Date Signed: 2-21-25 |
| Witnesses's Name Printed: Josh Hewson | |
| Witnesses's Signature: [signed] | Date Signed: 2/21/25 |

INTERSTATE AGREEMENT ON DETAINERS (FORM III)
CERTIFICATE OF INMATE STATUS
NORTH DAKOTA DEPARTMENT OF CORRECTIONS AND REHABILITATION
SFN (07-2020)

| Individual's Name: Lindell, Jordan Arlo | ND DOCR #: 40870 |
|---|---|

In accordance with the Interstate Agreement on Detainers (IAD), the following information is certified:

| Name of Facility/Address: NDSP Bismarck, ND | |
|---|---|
| Resident's Commitment Offenses. | MANUFACTURE, DEL, OR POSS. CONT. SUB. |
| The term of committment under which the individual named above is being held. | 3Y 7M |
| The time already served. | 66    Days |
| The time remaining to be served on the sentence. | 1242    Days |
| The amount of good time earned. | 10 |
| The good time release date. | 11/20/2027 |
| The date of parole eligibility. | Review 01/01/2026 |
| The decisions of the parole board relating to the individual. | Review 01/01/2026 |
| Maximum expiration date under present sentence. | 07/17/2028 |
| Security level or special security requirements. | |
| Detainers currently on file against this individual. | Department of Justice |

Warden or Designee's Printed Name    *Kayla Bourgois*

Warden or Designee's Printed Signature    *Kayla Bourgois*    Date 2/25/25

Custodial Authority:  Colby Braun, Director
North Dakota Department of Corrections and Rehabilitation
PO Box 1898
Bismarck, ND 58502-1898
(701) 328-6100

INTERSTATE AGREEMENT ON DETAINERS (FORM IV)
OFFER TO DELIVER TEMPORARY CUSTODY
NORTH DAKOTA DEPARTMENT OF CORRECTIONS AND REHABILITATION
SFN (07-2020)

TO: (Prosecuting Officer)   US Attorney

JURISDICTION:

And to all other prosecuting officers and courts of this jurisdiction listed below from which indictments, information or complaints are pending.

RE:   Jordan Arlo Lindell               ND DOCR #:   40870

In accordance with Article V of the Interstate Agreement on Detainers (IAD), the undersigned hereby offers to deliver temporary custody of the above-named individual to the appropriate authority in your state in order that speedy and efficient prosecution may be had of the indictment, information, or complaint which is:

☐ Described in the attached individual's request (Form II)

☐ Described in your request for custody (Form V) dated _____

The required Certificate of Individual's Status (Form III) is:

☐ Enclosed

☐ Was sent to you with out letter dated _____

Indictments, informations, or complaints charging the following offenses are also pending against the individual in your state and you are hereby authorized to transfer the individual to the custody of the appropriate authorities in these jurisdictions for purposes of disposing of these indictments, informations, or complaints:

| OFFENSE | COUNTY OR OTHER JURISDICTION |
|---|---|
|  |  |

Warden or Designee's Printed Name:   *Kayla Bourgois*

Warden or Designee's Signature:   *Kayla Bourgois*          Date: 2/25/25

Custodial Authority:   Colby Braun, Director
North Dakota Department of Corrections and Rehabilitation
PO Box 1898
Bismarck, ND 58502-1898
(701) 328-6100