**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTIONS TO** |
| | ) | **CONTINUE TRIAL** |
| vs. | ) | |
| | ) | Case No. 3:25-cr-5 |
| Jordan Arlo Lindell, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendants Kyle Kahalehili Maez-Schaack and Jordan Arlo Lindell move to continue trial. Docs. 53, 54. Trial is set to begin on June 3, 2025. Defense counsel request continuances to further investigate, review discovery, and prepare for trial. Maez-Schaack and Lindell consent to a continuance and signed consent forms acknowledging that the delay will be excluded from any calculation under the Speedy Trial Act. Docs. 53-1, 57. The United States does not object, and the remaining codefendant has not responded to the motion.

There is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7)(A). See United States v. Lucas, 499 F.3d 769, 782-83 (8th Cir. 2007); United States v. Hohn, 8 F.3d 1301, 1305 (8th Cir. 1993); United States v. Driver, 945 F.2d 1410, 1414 (8th Cir. 1991). So, the Court **GRANTS** the motions (Docs. 53, 54). Trial will be reset to Tuesday, November 18, 2025, at 9:30 A.M. in Fargo. A seven (7) day trial is anticipated. All time which elapses from the date of this order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

**IT IS SO ORDERED**.

Dated this 28th day of May, 2025.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court