IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>-v- )<br>)<br>**Kyle Kahalehili Maez-Schaack** )<br>**Defendant.** ) | **MOTION TO CONTINUE MOTION DEADLINE AND JURY TRIAL**<br><br>Criminal No. 3:25-cr-05 |

    Defendant, Kyle Kahalehili Maez-Schaack, by and through his attorney, Brian P. Toay, hereby moves the Court to continue and reschedule the motion deadline and jury trial in this matter.  This motion is based upon the following:

1. The parties are engaged in settlement negotiations and would like to continue those negotiations prior to beginning trial preparations.

2. Considerable and highly relevant new discovery was recently disclosed and additional time is needed to review this discovery and determine its impact on possible settlement.

3. A superseding indictment was just issued adding an additional Defendant and time is needed to determine how that additional Defendant will impact trial.

4. Mr. Maez-Schaack has signed a waiver of speedy trial filed contemporaneously with this Motion.

Dated this 10th day of October, 2025

/s/*Brian Toay*
Brian P. Toay
Attorney for Defendant
**Wold Johnson, P.C.**
P.O. Box 1680
Fargo, ND 58102
(701) 235-5515
btoay@woldlaw.com