## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | File No. 3:25-cr-5 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO WITHDRAW** |
| ) | **AS ATTORNEY** |
| DREW DAVID LAUINGER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

1.Pursuant to D.N.D. Gen. L. R. 1.3(F) and N.D.R.Prof. Conduct 1.16(a)(4), L. Patrick O'Day moves this Court for leave to withdraw as counsel for the Defendant Drew David Lauinger. Good cause exists for the granting of this motion in that:

2.Defendant Drew David Lauinger has been charged with a crime in this matter in U.S. District Court for North Dakota and undersigned counsel was appointed to represent Defendant as C.J.A. counsel on 10/23/25.

3.Defendant has discharged the undersigned, asked him to withdraw, and seeks alternative counsel. Undersigned counsel reasonably believes that withdrawal can be accomplished without material adverse effect on the interests of Defendant.

4.Pursuant to N.D.R. Prof. Conduct 1.7(a), a lawyer shall not represent a client if the lawyer's ability to consider, recommend or carry out a course of action on behalf of the client will be adversely affected by the lawyer's responsibilities to another client or to a third person, or by the lawyer's own interests.

5.The attorney-client relationship here is irreparably broken and rendered unreasonably difficult due to the fact Defendant has discharged the undersigned counsel. For the above reasons, it is impractical for Attorney O'Day to continue representation in a meaningful manner.

1

WHEREFORE, the undersigned respectfully requests that he be permitted to withdraw as counsel for the Defendant.

Dated this 19th day of January 2026.

/s/ L. Patrick O'Day
O'DAY LAW OFFICE, PC
1024 3rd Ave S
Fargo, ND 58103
(701) 298-9326
ND Bar ID No. 05005
poday@odaylawoffice.com

**CERTIFICATE OF SERVICE**

I, L. Patrick O'Day, hereby certify that a true and correct copy of the foregoing Motion to Withdraw as Attorney was on the 19th day of January, 2026, filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing to the following:

Mr. Jacob Rodenbiker
Assistant U.S. Attorney
U.S. Attorney's Office
655 1st Ave. N. Ste. 250
Fargo, ND 58107
701-297-7400
Email: jake.rodenbiker@usdoj.gov