IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| | ) | Case No. 3:25-cr-5 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Response to Motion to Continue Trial** |
| | ) | |
| Jordan Arlo Lindell, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, Jordan Arlo Lindell, by and through his attorney of record, Robert N. Quick of Robert Quick Law, PLLC, and respectfully submits this response to the Motion to Continue Jury Trial filed by Attorney Nicole L. Bredahl. The Defendant acknowledges that the reasons set forth in the motion constitute good cause for a continuance and agrees to resetting the trial date.

Dated this 26th day of February, 2026.

ROBERT QUICK LAW PLLC
2005 N. Kavaney Dr., Ste. 202
Bismarck, ND 58501
(701) 258-7842
*Attorneys for Defendant*

/s/ Robert N. Quick
Robert N. Quick (Bar ID# 06482)
robertquicklaw@gmail.com